## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:20-cv-00025 |
| | § | |
| | § | |
| 37.158 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN HIDALGO | § | |
| COUNTY, STATE OF TEXAS; AND | § | |
| HIDALGO AND CAMERON | § | |
| COUNTIES WATER CONTROL AND | § | |
| IMPROVEMENT DISTRICT NO. 9, *et* | § | |
| *al.*, | § | |
| *Defendants.* | § | |

## COMPLAINT IN CONDEMNATION

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition Program Manager,

Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S.

Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the

taking of property under the power of eminent domain through a Declaration of Taking, and for

the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §

1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in

Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/Baltazar Salazar*
**Baltazar Salazar**
Assistant United States Attorney
Attorney-in-Charge for Plaintiff
S.D. Tex. ID No. 3135288
Texas Bar No. 24106385

**UNITED STATES ATTORNEY'S OFFICE**
**SOUTHERN DISTRICT OF TEXAS**
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520
Tel: (956) 983-6057
Fax: (956) 548-2775
E-mail: Baltazar.Salazar@usdoj.gov

# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The properties are taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said properties are taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**<u>SCHEDULE C</u>**

<u>LEGAL DESCRIPTION</u>

Hidalgo County, Texas

Tract:  RGV-WSL-8000
Owner:  Hidalgo and Cameron Counties Water Control and Improvement District No. 9
Acres:  28.507

**Being** a 28.507 acre (1,241,769 square feet) parcel of land, being out of the Juan Jose Ynojosa de Ballí Survey, Abstract No. 54, Hidalgo County, Texas, being out of Lots 4-5, Block 35, Lot 13, Block 36, Lot 1, Block 72 and Lots 5-8, Block 72 of Capisallo District Subdivision recorded in Volume P, Page 227, Map Records of Hidalgo County, Texas, being out of a called 14.35 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas (Lot 5, Block 72), a called 40 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas (Lot 6, Block 72), a called 38.57 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas (Lot 7, Block 72), a called 23.90 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas (Lot 8, Block 72), a called 0.82 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas (Lot 5, Block 35), a called 40 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas (Lot 1, Block 72), a called 7.86 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas (Lot 4, Block 35), a called 6.77 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas (Lot 13, Block 36), a called 5.70 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas (Lot 5, Block 35) and a called 0.56 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Instrument No. 1954-437, Deed Records of Hidalgo County, Texas (Lot 5, Block 35), said parcel of land being more particularly described by metes and bounds as follows;

## SCHEDULE C
### Cont.

**Commencing** at a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "POC RGV-WSL-8000 8002", said point being in the southwest line of the 14.35 acre tract (Lot 5, Block 72), said point being at the southeast corner of a called 135.1 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Warranty Deed recorded in Volume 443, Page 567, Deed Records of Hidalgo County, Texas, the north corner of a tract of land conveyed to Gerardo Martinez by Gift Warranty Deed recorded in Instrument No. 2014-2568072, Official Records of Hidalgo County, Texas ("Tract Five"), the northwest corner of a called 15.43 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 420, Page 594, Deed Records of Hidalgo County, Texas ("Tract No. 1") and the northeast corner of a called 2.68 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 420, Page 596, Deed Records of Hidalgo County, Texas ("Tract No. 1"), said point having the coordinates of N=16548982.198, E=1179447.651;

**Thence**: S 21-34-00 E (Southeasterly, Record), along the southwest line of the 14.35 acre tract (Lot 5, Block 72}, the northeast line of the Martinez tract, the southwest line of the 15.43 acre river levee right-of-way and the northeast line of the 2.68 acre river levee right-of-way, for a distance of 14.89' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-1=8002-1" for the **Place of Beginning** and northwest corner of Tract RGV-WSL-8000, said point being in the southwest line of the 14.35 acre tract (Lot 5, Block 72), the northeast line of the Martinez tract, the southwest line of the 15.43 acre river levee right-of-way and the northeast line of the 2.68 acre river levee right-of-way, said point having the coordinates of N=16548968.349, E=1179453.124;

**Thence**: N 68-03-41 E, departing the northeast line of the Martinez tract and the northeast line of the 2.68 acre river levee right-of-way, through the 14.35 acre tract (Lot 5, Block 72) and the 15.43 acre river levee right-of-way, passing at 370.28' the east line of the 14.35 acre tract (Lot 5, Block 72) and the west line of the 40 acre tract (Lot 6, Block 72), passing at 908.32' the. northwest line of the 15.43 acre river levee right-of-way, continuing for a total distance of 1035.11' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-2", said point being within the 40 acre tract (Lot 6, Block 72}, said point marking a point of curvature to the right;

**Thence**: continuing through the 40 acre tract (Lot 6, Block 72), along said curve to the right for an arc distance of 196.35', with a central angle of 56-14-59 and a radius of 200.00', with a chord bearing of S 83-48-49 E for a distance of 188.56' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-3", said point being within the 40 acre tract (Lot 6, Block 72} and the 15.43 acre river levee right-of-way;

**SCHEDULE C**
**Cont.**

**Thence**: over and across the 40 acre tract (Lot 6, Block 72) and the 15.43 acre river levee right-of-way, the following courses and distances:

- S 55-41-20 E, for a distance of 535.15' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description:  "RGV-WSL-8000-4", said point marking a point of curvature to the right;

- Along said curve to the right for an arc distance of 132.97', with a central angle of 38-05-33 and a radius of 200.00', with a chord bearing of S 36-38-33 E for a distance of 130.53' to a set 5/8" rebar with a "MOS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-5", said point being in the east line of the 40 acre tract (Lot 6, Block 72) and the west line of the 38.57 acre tract (Lot 7, Block 72), said point being within the 15.43 acre river levee right-of-way;

**Thence**: departing the east line of the 40 acre tract (Lot 6, Block 72), over and across the 38.57 acre tract (Lot 7, Block 72) and the 15.43 acre river levee right-of-way, the following courses and distances:

- S 17-35-47 E, for a distance of 33.19' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-6" for an angle point of Tract RGV-WSL-8000;

- N 86-06-31 E, for a distance of 164.43' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-7" for an angle point of Tract RGV-WSL-8000;

- N 76-15-49 E, passing at 1174.34' the east line of the 38.57 acre tract (Lot 7, Block 72)  and the west line of the 23.90 acre tract (Lot 8, Block 72), continuing for a total distance of 1806.53' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-8" for an angle point of Tract RGV-WSL-8000, said point being within the 23.90 acre tract (Lot 8, Block 72) and the 15.43 acre river levee right-of-way;

**Thence**: over and across the 23.90 acre tract (Lot 8, Block 72) and the 15.43 acre river levee right-of-way, the following courses and distances:

- N 68-26-30 E, passing at 118.07' the north line of the 15.43 acre river levee right-of-way, continuing for a total distance of 412.49' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-9" for an angle point of Tract RGV-WSL-8000;

**SCHEDULE C**
**Cont.**

- N 51-53-22 E, for a distance of 83.84' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-10" for an angle point of Tract RGV-WSL-8000;

- N 74-53-08 E, passing at 257.23' the east line of the 23.90 acre tract (Lot 8, Block 72) and the west line of the 0.82 acre tract (Lot 5, Block 35), continuing for a total distance of 260.84' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-11" for an interior angle of Tract RGV-WSL-8000, said point being within the 0.82 acre tract (Lot 5, Block 35);

**Thence**: N 09-34-13 W, over and across the 0.82 acre tract (Lot 5, Block 35), passing at 26.82' the west line of the 0.82 acre tract (Lot 5, Block 35} and the east line of the 23.90 acre tract (Lot 8, Block 72), continuing for a total distance of 91.08' to a set 5/8" rebar with a "MOS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-12", said point being within the 23.90 acre tract (Lot 8, Block 72), said point marking a point of curvature to the right;

**Thence**: over and across the 23.90 acre tract (Lot 8, Block 72) and the 40 acre tract (Lot 1, Block 72), along said curve to the right, for an arc distance of 634.93', with a central angle of 45-28-24 and a radius of 800.00', with a chord bearing of N 13-09-59 E for a distance of 618.39' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-13", said point being within the 7.86 acre tract (Lot 4, Block 35);

**Thence**: over and across the 7.86 acre tract (Lot 4, Block 35), the following courses and distances:

- N 35-54-11 E, for a distance of 89.73' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-14", said point marking a point of curvature to the left;

- Along said curve to the left, for an arc distance of 805.47', with a central angle of 48-50-11 and a radius of 945.00', with a chord bearing of N 11-29-06 E for a distance of 781.31' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-15";

- N 12-56-00 W, passing at 22.06' the north line of the 7.86 acre tract (Lot 4, Block 35) and the south line of the 6. 77 acre tract {Lot 13, Block 36), continuing for a total distance of 641.36' to a set 5/8" rebar with a "MOS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-16" for

**SCHEDULE C**
**Cont.**

a northeasterly corner of Tract RGV-WSL-8000, said point being within the 6.77 acre tract (Lot 13, Block 36);

**Thence**: N 77-04-00 E, over and across the 6.77 acre tract (Lot 13, Block 36), for a distance of 28.00' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-17=8007-23" for the northeast corner of Tract RGV-WSL-8000, said point being in the east line of the 6.77 acre tract (Lot 13, Block 36) and the west right-of-way line of Old Rio Rico Road;

**Thence**: S 12-56-10 E (Left 101-40-00, Record), with the east line of the 6.77 acre tract (Lot 13, Block 36) and the west right-of-way line of Old Rio Rico Road, for a distance of 625.13' to an angle point of Tract RGV-WSL-8000, said point being at the southeast corner of the 6.77 acre tract (Lot 13, Block 36) and the northeast corner of the 7.86 acre tract (Lot 4, Block 35), said point being in the west right-of-way line of Old Rio Rico Road;

**Thence**: with the east line of the 7.86 acre tract (Lot 4, Block 35) and the west right-of-way line of Old Rio Rico Road, the following courses and distances:

- S 14-13-51 E (Left 03-14-00, Record), for a distance of 33.05' to an angle point of Tract RGV-WSL-8000;

- S 09-36-49 E (Left 06-28-00, Record), for a distance of 103.82' to an angle point of Tract RGV-WSL-8000;

- S 03-08-49 E (Left 06-28-00, Record), for a distance of 103.82' to an angle point of Tract RGV-WSL-8000;

- S 03-19-11 W (Left 06-28-00, Record), for a distance of 103.82' to an angle point of Tract RGV-WSL-8000;

- S 09-47-11 W (Left 03-14-00, Record), for a distance of 103.82' to an angle point of Tract RGV-WSL-8000;

- S 13-01-11 W (Left 02-51-30, Record), for a distance of 15.10' to an angle point of Tract RGV-WSL-8000;

- S 15-52-41 W (Left 05-43-00, Record), for a distance of 91.85' to an angle point of Tract RGV-WSL-8000;

- S 21-36-11 W (Left 05-43-00, Record), for a distance of 91.85' to an angle point of Tract RGV-WSL-8000;

**SCHEDULE C**
**Cont.**

- S 27-19-11 W (Left 05-43-30, Record), for a distance of 91.85' to an angle point of Tract RGV-WSL-8000;

- S 33-02-41 W (Left 02-51-30, Record), for a distance of 91.85' to an angle point of Tract RGV-WSL-8000;

- S 35-54-11 W (Right 03-37-30, Record), for a distance of 84.65' to an angle point of Tract RGV-WSL-8000;

- S 32-16-41 W (Right 07-37-30, Record), for a distance of 95.04' to an angle point of Tract RGV-WSL-8000;

- S 24-39-11 W (Right 08-00-00, Record), for a distance of 104.88' to an angle point of Tract RGV-WSL-8000;

- S 16-39-11 W (Right 08-00-00, Record), for a distance of 104.88' to an angle point of Tract RGV-WSL-8000;

- S 08-39-11 W (Right 08-00-00, Record), for a distance of 104.88' to an angle point of Tract RGV-WSL-8000;

- S 00-40-58 W (Left 88-10-00, Record), passing at 87.77' the south line of the 7.86 acre tract (Lot 4, Block 35) and the north line of the 0.82 acre tract (Lot 5, Block 35), continuing for a total distance of 104.86' to an angle point of Tract RGV-WSL-8000, said point being in the east line of the 0.82 acre tract (Lot 5, Block 35) and the west right-of-way line of Old Rio Rico Road;

**Thence**: with the east line of the 0.82 acre tract (Lot 5, Block 35) and the west right-of-way line of Old Rio Rico Road, the following courses and distances:

- S 07-20-49 E (Right 08-00-00, Record), for a distance of 104.88' to an angle point of Tract RGV-WSL-8000;

- S 15-20-49 E (Right 04-02-00, Record), for a distance of 104.88' to an angle point of Tract RGV-WSL-8000;

- S 19-22-49 E (Left 90-00-00, Record), for a distance of 25.02' to an interior corner of Tract RGV-WSL-8000, said point being at an easterly corner of the 0.82 acre tract (Lot 5, Block 35), said point being in the north line of the 0.56 acre tract and the west right-of-way line of Old Rio Rico Road, said point being within the right-of-way of County Road 793;

**SCHEDULE C**
**Cont.**

**Thence**: N 69-46-29 E, with the north line of the 0.56 acre tract, over and across Old Rio Rico Road, for a distance of 60.92' to an interior corner of Tract RGV-WSL-8000, said point being in the north line of the 0.56 acre tract and the east right-of-way line of Old Rio Rico Road, said point being at a westerly corner of the 5.70 acre tract;

**Thence**: N 19-29-53 W, departing the north line of the 0.56 acre tract, with a westerly line of the 5.70 acre tract and the east right-of-way line of Old Rio Rico Road, for a distance of 25.36' to a found 1/2" re bar for an exterior corner of Tract RGV-WSL-8000, said point being at a westerly corner of the 5.70 acre tract and the southwest corner of a called 1.81 acre tract conveyed to Jesus H. Hernandez and Maria Hernandez recorded in Instrument No. 2017-2794297, Official Records of Hidalgo County, Texas;

**Thence**: N 70-36-25 E, departing the east right-of-way line of Old Rio Rico Road, with a northerly line of the 5.70 acre tract and the south line of the 1.81 acre tract, for a distance of 119.28' to a set 5/8" rebar with a "MOS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-40=8003-9" for a southeasterly corner of Tract RGV-WSL-8000, said point being in a northerly line of the 5.70 acre tract and the south line of the 1.81 acre tract;

**Thence**: departing the south line of the 1.81 acre tract, over and across the 5.70 acre tract, the following courses and distances:

- S 00-15-51 W, for a distance of 74.41' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-41" for an angle point of Tract RGV-WSL-8000;

- S 29-46-06 W, passing at 84.61' an easterly corner of the 0.56 acre tract and a westerly corner of the 5.70 acre tract, passing at 104.41' the northeast line of the 0.56 acre tract, passing at 224.88' the southwest line of the 0.56 acre tract and the northeast line of the 0.82 acre tract, continuing for a total distance of 300.08' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-42" for a southeasterly corner of Tract RGV-WSL-8000, said point being in the south line of the 0.82 acre tract, said point bears S 28-57-57 E, a distance of 206.68' from United States Army Corps of Engineers Control Point No. 120;

**Thence**: S 72-17-53 W, with the south line of the 0.82 acre tract, passing at 82.38' the southwest corner of the 0.82 acre tract and the southeast corner of the 23.90 acre tract, passing at 504.84' the east line of a called 44.38 acre Revetment Easement conveyed to the United States of America by Easement Deed recorded in Volume 452, Page 383, Deed Records of Hidalgo County, Texas ("407-H"), continuing for a total distance of 512.25' to

**SCHEDULE C**
**Cont.**

a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-43" for an angle point of Tract RGV-WSL-8000, said point being within the 23.90 acre tract and the 44.38 acre Revetment Easement;

**Thence**: over and across the 23.90 acre tract and the 44.38 acre Revetment Easement, the following courses and distances:

- S 74-23-38 W, for a distance of 105.68' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-44" for an angle point of Tract RGV-WSL-8000;

- S 75-42-19 W, passing at 827.06' the west line of the 23.90 acre tract and the east line of the 38.57 acre tract (Lot 7, Block 72), continuing for a total distance of 1803.89' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-45" for an angle point of Tract RGV-WSL-8000, said point being within the 38.57 acre tract (Lot 7, Block 72) and the 44.38 acre Revetment Easement;

**Thence**: S 88-53-59 W, over and across the 38.57 acre tract (Lot 7, Block 72) and the 44.38 acre Revetment Easement, passing at 368.64' the west line of the 38.57 acre tract (Lot 7, Block 72) and the east line of the 40 acre tract (Lot 6, Block 72), passing at 555.30' the west line of the 44.38 acre Revetment Easement and the east line of a called 6.02 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 420, Page 594, Deed Records of Hidalgo County, Texas ("Tract No. 2"), continuing for a total distance of 617.90' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-46" for a southerly corner of Tract RGV-WSL-8000, said point being within the 40 acre tract (Lot 6, Block 72) and the 6.02 acre river levee right-of-way;

**Thence**: over and across the 40 acre tract (Lot 6, Block 72) and the 6.02 acre river levee right-of-way, the following courses and distances:

- N 08-09-57 W, for a distance of 158.52' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-47" for an angle point of Tract RGV-WSL-8000;

- N 56-12-50 W, passing at 84.68' the east line of the 6.02 acre river levee right-of-way, continuing for a total distance of 421.16' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-48" for an angle point of Tract RGV-WSL-8000;

# SCHEDULE C
## Cont.

- S 68-38-03 W, for a distance of 270.48' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-49" for an angle point of Tract RGV-WSL-8000;

- N 47-41-42 W, for a distance of 52.71' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-50" for an angle point of Tract RGV-WSL-8000;

- S 68-18-46 W, passing at 442.24' the west line of the 40 acre tract (Lot 6, Block 72) and the east line of the 14.35 acre tract (Lot 5, Block 72), continuing for a total distance of 726.68' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-51=8002-2" for the southwest corner of Tract RGV-WSL-8000, said point being in the southwest line of the 14.35 acre tract (Lot 5, Block 72) and the northeast line of the Martinez tract;

**Thence**: N 21-34-00 W (Southeasterly, Record), with the southwest line of the 14.35 acre tract (Lot 5, Block 72) and the northeast line of the Martinez tract, passing at 44.09' the southwest corner of the 15.43 acre river levee right-of-way and the southeast corner of the 2.68 acre river levee right-of-way, continuing for a total distance of 229.17' to the **Place of Beginning**.

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD'83. Values may be converted to ground values using a combined scale factor of 1.000040000.

<u>**SCHEDULE C-1**</u>

<u>LEGAL DESCRIPTION</u>

Hidalgo County, Texas

Tract: RGV-WSL-8000-2
Owner:  Hidalgo and Cameron Counties Water Control and Improvement District No. 9
Acres:  0.904

**Being** a 0.904 of one acre (39,370 square feet) parcel of land, being out of the Juan Jose Ynojosa de Balli Survey, Abstract No. 54, Hidalgo County, Texas, being out of Lot 13, Block 36 of Capisallo District Subdivision recorded in Volume P, Page 227, Map Records of Hidalgo County, Texas and being out a called 5.81 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8005-1=8007-24=8000-2-1" for the southwest corner of Tract RGV-WSL-8000-2, said point being at the southwest corner of the 5.81 acre tract and the northwest corner of a called "narrow strip of land" conveyed to Neuhaus & Sons by Special Warranty Deed recorded in Instrument No. 2008-1888044, Official Records of Hidalgo County, Texas, said point being in the east right-of-way line of Old Rio Rico Road (unknown width), said point having the coordinates of N=16551785.431, E=1184036.547, said point bears N 07-39-41 E, a distance of 2287.87' from United States Army Corps of Engineers Control Point No. 120;

**Thence**: N 12-50-49 W (Left 150-02-00, Record), with the west line of the 5.81 acre tract and the east right-of-way line of Old Rio Rico Road, for a distance of 57.34' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-2-2" for the northwest corner of Tract RGV-WSL-8000-2, said point being in the west line of the 5.81 acre tract and the east right-of-way line of Old Rio Rico Road;

**Thence**: departing the east right-of-way line of Old Rio Rico Road, over and across the 5.81 acre tract, the following courses and distances:

- N 77-20-06 E, for a distance of 495.06' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-2-3" for the northeast corner of Tract RGV-WSL-8000-2;

- S 12-52-47 E, for a distance of 81.74' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8005-3=8000-2-4" for the southeast corner of Tract RGV-WSL-8000-2, said point

## SCHEDULE C-1
### Cont.

being in the south line of the 5.81 acre tract and a northerly line of a called 204.88 acre tract conveyed to Neuhaus & Sons by Special Warranty Deed recorded in Instrument No. 2008-1885890, Official Records of Hidalgo County, Texas ("Tract II: Rio Rico Farm");

**Thence**: with the south line of the 5.81 acre tract and the north line of the 204.88 acre tract, the following courses and distances:

- S 77-01-41 W (Left 15-47-30, Record), for a distance of 365.49' to an angle point of Tract RGV-WSL-8000-2;

- S 88-49-11 W (Left 78-20-00, Record), passing at 4.20' the northwest corner of the 204.88 acre tract and the northeast corner of the Neuhaus & Sons "narrow strip of land", continuing for a total distance of 132.35' to the **Place of Beginning**.

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD'83. Values may be converted to ground values using a combined scale factor of 1.000040000.

<u>**SCHEDULE C-2**</u>

<u>LEGAL DESCRIPTION</u>

Hidalgo County, Texas

Tract:  RGV-WSL-8006
Owner:  Hidalgo and Cameron Counties Water Control and Improvement District No. 9
Acres:  4.139

**Being** a 4.139 acre (178,851 square feet) parcel of land, being out of the Juan José Ynojosa de Ballí Survey, Abstract No. 54, Hidalgo County, Texas, being out of Lot 1, Block 73 and Lot 8, Block 73 of Capisallo District Subdivision recorded in Volume P, Page 227, Map Records of Hidalgo County, Texas, being out of Lot 6 of Hinojosa de Garcia Estate Subdivision recorded in Volume 7, Page 14, Map Records of Hidalgo County, Texas and being out of a called 2.97 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 recorded in Volume 444, Page 609, Deed Records of Hidalgo County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found 5/8" rebar with a "B&F" aluminum disk capped survey marker stamped with the following description: "RGV-0-10_5-4=8006-1" for the northwest corner of Tract RGV- WSL-8006, said point being in the west line of Lot 6, the west line of the 2.97 acre tract, the west line of a called 1.73 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 419, Page 508, Deed Records of Hidalgo County, Texas and the east line of a called 4.48 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 427, Page 397, Deed Records of Hidalgo County, Texas, said point being at an easterly exterior corner of a called 92.33 acre tract conveyed to Fuller Farms recorded in Instrument No. 1971-19289, Official Records of Hidalgo County, Texas ("Tract I"), said point having the coordinates of N=16549890.786, E=1176712.300, said point bears N 89-16-28 E, a distance of 927.17' from United States Army Corps of Engineers Control Point No. 119;

**Thence:** departing the east line of the 4.48 acre river levee right-of-way, over and across Lot 6, the 2.97 acre tract and the 1.73 acre river levee right-of-way, the following courses and distances:

• N 71-46-18 E, for a distance of 45.69' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8006-2" for an angle point of Tract RGV-WSL-8006;

• N 89-55-53 E, for a distance of 308.51' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8006-3" for a point of curvature to the right;

## SCHEDULE C-2
### Cont.

• Along said curve to the right for an arc distance of 118.31', with a central angle of 33-53- 37 and a radius of 200.00', with a chord bearing of S 73-07-18 E for a distance of 116.59' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8006-4", said point being within Lot 1 and a called 3.85 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 434, Page 554, Deed Records of Hidalgo County, Texas;

**Thence:** S 56-10-30 E, over and across Lot 1 and the 3.85 acre river levee right-of-way, passing at 270.98' the south line of Lot 1 and the north line of Lot 8, continuing for a total distance of 791.60' to a point for the northeast corner of Tract RGV-WSL-8006, said point being in the east line of the 3.85 acre river levee right-of-way, the west line of a called 4.54 acre river levee right- of-way conveyed to the United States of America by Easement Deed recorded in Volume 425, Page 16, Deed Records of Hidalgo County, Texas and the west line of a called 31 acre tract conveyed to Gerardo Martinez by Gift Warranty Deed recorded in Instrument No. 2014- 2568072, Official Records of Hidalgo County, Texas ("Tract Three"), said point being within Lot 8;

**Thence:** S 00-50-00 E, with the east line of the 3.85 acre river levee right-of-way, the west line of the 4.54 acre river levee right-of-way and the west line of the 31 acre tract, over and across Lot 8, passing at 125.34' the southwest corner of the 4.54 acre river levee right-of-way and the northwest corner of a called 0.64 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 425, Page 16, Deed Records of Hidalgo County, Texas, continuing for a total distance of 186.14' to a point for the southeast corner of Tract RGV-WSL-8006, said point being at the southwest corner of the 0.64 acre river levee right-of- way, the southeast corner of the 3.85 acre river levee right-of-way and the northeast corner of a called 49.6 acre tract conveyed to Fuller Farms by Warranty Deed recorded in Instrument No. 1971-19289, Official Records of Hidalgo County, Texas ("Tract II"), said point being in the west line of the 31 acre tract, said point being within Lot 8;

**Thence:** N 56-05-44 W, departing the west line of the 31 acre tract, with the northeast line of the 49.6 acre tract and the southwest line of the 3.85 acre river levee right-of-way, over and across Lot 8, for a distance of 844.42' to a southerly corner of Tract RGV-WSL-8006, said point being at the northwest corner of the 49.6 acre tract, the southwest corner of the 3.85 acre river levee right-of-way, the southwest corner of Lot 1 and the northwest corner of Lot 8, said point being the east line of Lot 6 and the east line of a called 6.93 acre tract conveyed to A.C. Fuller and Marvin Fuller by Deed Without Warranty recorded in Instrument No. 2003-1251170, Official Records of Hidalgo County, Texas ("Tract IX");

**Thence:** N 00-50-00 W, with the east line of Lot 6, the east line of the 6.93 acre tract, the west line of the 3.85 acre river levee right-of-way and the west line of Lot 1, passing at 10.80' the southeast corner of the 1.73 acre river levee right-of-way, continuing for a total

## <u>SCHEDULE C-2</u>
### Cont.

distance of 62.77' to a point for a southerly interior corner of Tract RGV-WSL-8006, said point being at the northeast corner of the 6.93 acre tract and the southeast corner of the 2.97 acre tract, said point being in the east line of the 1.73 acre river levee right-of-way, the east line of Lot 6, the west line of Lot 1 and the west line of the 3.85 acre river levee right-of-way;

**Thence:** N 89-21-00 W, departing the west line of Lot 1 and the west line of the 3.85 acre river levee right-of-way, with the north line of the 6.93 acre tract and the south line of the 2.97 acre tract, over and across the 1.73 acre river levee right-of-way and Lot 6, passing a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8001-5=8006-9" for the southwest corner of Tract RGV-WSL- 8006, at 376.90 feet, a total distance of 420.99 feet to a point on the west line of the 2.97 acre tract, the west line of the 1.73 acre river levee right-of- way, the east line of the 4.48 acre river levee right-of-way and the east line of the 92.33 acre tract; said point being in the north line of the 6.93 acre tract and the south line of the 2.97 acre tract, said point being within the 1.73 acre river levee right-of-way;

**Thence:** N 00-34-56 W, with the west line of the 2.97 acre tract, the west line of the 1.73 acre river levee right-of-way, the east line of the 4.48 acre river levee right-of-way and the east line of the 92.33 acre tract, passing a found 5/8" rebar with a "B&F" aluminum disk capped survey marker stamped with the following description: "RGV-0-10_5-5=8006-10", said point being in the west line of the 2.97 acre tract, the west line of the 1.73 acre river levee right-of- way, the east line of the 4.48 acre river levee right-of-way and the east line of the 92.33 acre tract, for a total distance of 107.41' to the **Place of Beginning.**

<u>**SCHEDULE C-3**</u>

<u>LEGAL DESCRIPTION</u>

Hidalgo County, Texas

Tract:  RGV-WSL-8007
Owner:  Hidalgo and Cameron Counties Water Control and Improvement District No. 9
Acres:  3.608

**Being** a 3.608 acre (157,164 square feet) parcel of land, being out of the Juan José Ynojosa de Ballí Survey, Abstract No. 54, Hidalgo County, Texas, being out of Lots 4 & 5, Block 35 and Lot 13, Block 36 of Capisallo District Subdivision recorded in Volume P, Page 227, Map Records of Hidalgo County, Texas and being out of the remainder of a called 942.68 acre tract conveyed to the United States of America by Deed recorded in Volume 950, Page 306, Deed Records of Hidalgo County, Texas. Said Parcel being reverted back to the Hidalgo County Water District No. 9 by Quit Claim Deed, Document 01449, dated 14 Dec 1988, recorded in the Deed Records of Cameron County, Volume 697, Page 180, said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found 1/2" rebar for a southeasterly corner of Tract RGV-WSL-8007, said point being at a westerly corner of a called 5.70 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas and the southwest corner of a called 1.81 acre tract conveyed to Jesus H. Hernandez and Maria Hernandez by Gift Warranty Deed recorded in Instrument No. 2017-2794297, Official Records of Hidalgo County, Texas, said point being in the east line of the remainder of the 942.68 acre tract and the east right-of-way line of Old Rio Rico Road, said point having the coordinates of N=16549632.444, E=1183868.454;

**Thence:** S 19-29-53 E, with the east right-of-way line of Old Rio Rico Road, the east line of the remainder of the 942.68 acre tract and the west line of the 5.70 acre tract, for a distance of 25.36' to a point for the southeast corner of Tract RGV-WSL-8007, said point being in the east right-of-way line of Old Rio Rico Road, the north right-of-way line of County Road 793 and the north line of a called 0.56 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Warranty Deed recorded in Instrument No. 1954-437, Deed Records of Hidalgo County, Texas, said point being at a westerly corner of the 5.70 acre tract and the southeast corner of the remainder of the 942.68 acre tract;

**Thence:** S 69-46-29 W, over and across Old Rio Rico Road, with the north right-of-way line of County Road 793, the south line of the remainder of the 942.68 acre tract and the north line of the 0.56 acre tract, for a distance of 60.92' to a point for the southwest corner of Tract RGV- WSL-8007, said point being at the southwest corner of the remainder of the 942.68 acre tract and a southeasterly exterior corner of a called 0.82 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas, said point

**SCHEDULE C-3**
**Cont.**

being in the north line of the 0.56 acre tract, the north right-of-way line of County Road 793 and the west right-of-way line of Old Rio Rico Road, said point bears N 51-46-14 E, a distance of 112.31' from United States Army Corps of Engineers Control Point No. 120;

**Thence:** with the west line of the remainder of the 942.68 acre tract, the east line of the 0.82 acre tract and the west right-of-way line of Old Rio Rico Road, the following courses and distances:

- N 19-22-49 W, for a distance of 25.02' to an angle point of Tract RGV-WSL-8007;

- N 15-20-49 W, for a distance of 104.88' to an angle point of Tract RGV-WSL-8007;

- N 07-20-49 W, for a distance of 104.88' to an angle point of Tract RGV-WSL-8007;

- N 00-40-58 E, passing at 17.09' the northeast corner of the 0.82 acre tract and the southeast corner of a called 7.86 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas, continuing for a total distance of 104.86' to an angle point of Tract RGV-WSL-8007, said point being in the west line of the remainder of the 942.68 acre tract, the east line of the 7.86 acre tract and the west right-of-way line of Old Rio Rico Road;

**Thence:** with the west line of the remainder of the 942.68 acre tract, the east line of the 7.86 acre tract and the west right-of-way line of Old Rio Rico Road, the following courses and distances:

- N 08-39-11 E, for a distance of 104.88' to an angle point of Tract RGV-WSL-8007;

- N 16-39-11 E, for a distance of 104.88' to an angle point of Tract RGV-WSL-8007;

- N 24-39-11 E, for a distance of 104.88' to an angle point of Tract RGV-WSL-8007;

- N 32-16-41 E, for a distance of 95.04' to an angle point of Tract RGV-WSL-8007;

- N 35-54-11 E, for a distance of 84.65' to an angle point of Tract RGV-WSL-8007;

- N 33-02-41 E, for a distance of 91.85' to an angle point of Tract RGV-WSL-8007;

- N 27-19-11 E, for a distance of 91.85' to an angle point of Tract RGV-WSL-8007;

- N 21-36-11 E, for a distance of 91.85' to an angle point of Tract RGV-WSL-8007;

- N 15-52-41 E, for a distance of 91.85' to an angle point of Tract RGV-WSL-8007;

- N 13-01-11 E, for a distance of 15.10' to an angle point of Tract RGV-WSL-8007;

## SCHEDULE C-3
### Cont.

- N 09-47-11 E, for a distance of 103.82' to an angle point of Tract RGV-WSL-8007;

- N 03-19-11 E, for a distance of 103.82' to an angle point of Tract RGV-WSL-8007;

- N 03-08-49 W, for a distance of 103.82' to an angle point of Tract RGV-WSL-8007;

- N 09-36-49 W, for a distance of 103.82' to an angle point of Tract RGV-WSL-8007;

- N 14-13-51 W, for a distance of 33.05' to an angle point of Tract RGV-WSL-8007, said point being at the northeast corner of the 7.86 acre tract and the southeast corner of a called 6.77 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas, said point being in the west line of the remainder of the 942.68 acre tract and the west right-of-way line of Old Rio Rico Road;

**Thence:** N 12-56-10 W, with the east line of the 6.77 acre tract, the west line of the remainder of the 942.68 acre tract and the west right-of-way line of Old Rio Rico Road, for a distance of 789.10' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8007-23" for the northwest corner of Tract RGV-WSL- 8007, said point being in the northeast line of the 6.77 acre tract, the west line of the remainder of the 942.68 acre tract and the west right-of-way line of Old Rio Rico Road;

**Thence:** N 77-03-46 E, over and across Old Rio Rico Road and the remainder of the 942.68 acre tract, for a distance of 69.92' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8007-24" for the northeast corner of Tract RGV-WSL-8007, said point being in the east line of the remainder of the 942.68 acre tract, the west line of a called 5.81 acre tract conveyed to Hidalgo & Cameron Counties Water
Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas and the east right-of-way line of Old Rio Rico Road;

**Thence:** with the east right-of-way line of Old Rio Rico Road, the east line of the remainder of the 942.68 acre tract and the west line of the 5.81 acre tract, the following courses and distances:

- S 12-50-49 E, passing at 163.97' the southwest corner of the 5.81 acre tract and the northwest corner of a called "narrow strip of land" conveyed to Neuhaus & Sons by Special Warranty Deed recorded in Instrument No. 2008-1888044, Official Records of Hidalgo County, Texas, continuing for a total distance of 773.82' to an angle point of Tract RGV-WSL-8007;

**SCHEDULE C-3**
**Cont.**

- S 08-48-46 E, for a distance of 138.01' to an angle point of Tract RGV-WSL-8007;

- S 04-53-07 E, for a distance of 126.82' to an angle point of Tract RGV-WSL-8007;

- S 06-11-55 W, for a distance of 55.66' to an angle point of Tract RGV-WSL-8007, said point being at the southwest corner of the Neuhaus & Sons "narrow strip of land" and the northwest corner of a called 2.96 acre tract conveyed to Vida Properties L.L.C. by Quit Claim Deed recorded in Instrument No. 2008-1910436, Official Records of Hidalgo County, Texas, said point being in the east line of the remainder of the 942.68 acre tract and the east right-of-way line of Old Rio Rico Road;

**Thence:** with the east line of the remainder of the 942.68 acre tract, the west line of the 2.96 acre tract and the east right-of-way line of Old Rio Rico Road, the following courses and distances:

- S 05-16-55 W, for a distance of 88.62' to an angle point of Tract RGV-WSL-8007;

- S 10-44-15 W, for a distance of 101.71' to an angle point of Tract RGV-WSL-8007;

- S 15-24-55 W, for a distance of 84.40' to an angle point of Tract RGV-WSL-8007;

- S 20-51-25 W, for a distance of 103.66' to an angle point of Tract RGV-WSL-8007;

- S 26-51-25 W, for a distance of 103.66' to an angle point of Tract RGV-WSL-8007;

- S 32-51-25 W, for a distance of 103.66' to an angle point of Tract RGV-WSL-8007;

- S 35-51-25 W, for a distance of 84.65' to an angle point of Tract RGV-WSL-8007;

- S 32-11-59 W, for a distance of 86.25' to a found 1/2" rebar for an angle point of Tract RGV-WSL-8007;

- S 24-37-54 W, for a distance of 95.06' to a set PK nail in asphalt for an angle point of Tract RGV-WSL-8007, said point being at the southwest corner of the 2.96 acre tract and the northwest corner of the 1.81 acre tract, said point being in the approximate centerline of County Road 1595, the east line of the remainder of the 942.68 acre tract and the east right-of-way line of Old Rio Rico Road;

**Thence:** departing the approximate centerline of County Road 1595, with the west line of the acre tract, the east line of the remainder of the 942.68 acre tract and the east right-of-way line of Old Rio Rico Road, the following courses and distances:

- S 16-36-25 W, for a distance of 95.12' to an angle point of Tract RGV-WSL-8007;

- S 08-36-25 W, for a distance of 95.12' to an angle point of Tract RGV-WSL-8007;

**<u>SCHEDULE C-3</u>**
**Cont.**

- S 00-36-25 W, for a distance of 95.12' to an angle point of Tract RGV-WSL-8007;

- S 07-23-35 E, for a distance of 95.12' to an angle point of Tract RGV-WSL-8007;

- S 15-23-35 E, for a distance of 95.12' to the **Place of Beginning.**

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD'83. Values may be converted to ground values using a combined scale factor of 1.000040000.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED





**LEGEND**

| Symbol | Description |
|---|---|
| ● IRS | 5/8" REBAR W/ "MDS" CAP SET |
| △ | CONTROL POINT |
| DRHC | DEED RECORDS OF HIDALGO COUNTY |
| INST. | INSTRUMENT |
| MRHC | MAP RECORDS OF HIDALGO COUNTY |
| No. | NUMBER |
| ORHC | OFFICIAL RECORDS OF HIDALGO COUNTY |
| PG. | PAGE |
| VOL. | VOLUME |

———————————— ACQUISITION AREA BOUNDARY
—·—·—·—·—·— ADJOINING ACQUISITION LINE
— — — — — — EASEMENT LINE
———— P L ———— PROPERTY LINE
— — — — — — TOE OF LEVEE

SCALE: 1" = 100'

0      100      200

LOT 6, BLOCK 72
CAPISALLO DISTRICT SUBDIVISION
VOL. P, PG. 227 MRHC

HIDALGO & CAMERON COUNTIES
WATER CONTROL & IMPROVEMENT
DISTRICT No. 9
CALLED 40 ACRES
VOL. 314, PG. 62–134 DRHC

**RGV-WSL-8000**
ACQUISITION AREA:
28.507 ACRES

TOE OF LEVEE

PRIVATE ROAD

—CULTIVATED FIELD—

LOT 6, BLOCK 72
CAPISALLO DISTRICT SUBDIVISION
VOL. P, PG. 227 MRHC

HIDALGO & CAMERON COUNTIES
WATER CONTROL & IMPROVEMENT
DISTRICT No. 9
CALLED 40 ACRES
VOL. 314, PG. 62–134 DRHC

2️⃣ UNITED STATES OF AMERICA
CALLED 15.43 ACRES
LEVEE EASEMENT
VOL. 420, PG. 594 DRHC
("TRACT No. 1")

**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
729B SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**
**WATER DISTRICT No. 9**
**TRACT No. RGV-WSL-8000**
HIDALGO COUNTY          TEXAS

| | Mark | Description | Date | Appr. |
|---|---|---|---|---|
| | 1 | Revisions made | 1/8/19 | |
| | 2 | Boundary change | 4/1/19 | |
| | 3 | Boundary change | 4/11/19 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

**B&F ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

Drawing Ref. No.
SHEET 10 OF 23

FILE NAME: RGVWSL8000    DATE: 4/11/2019



LEGEND

- ● IRS  5/8" REBAR W/ "MDS" CAP SET
- △  CONTROL POINT
- ←  GUY ANCHOR
- ─○─  POWER POLE

──────── ACQUISITION AREA BOUNDARY
─ · ─ · ─ ADJOINING ACQUISITION LINE
─ ─ ─ ─ EASEMENT LINE
── P L ── PROPERTY LINE
── OHE ── OVERHEAD ELECTRIC
── · ── · TOE OF LEVEE

DRHC   DEED RECORDS OF HIDALGO COUNTY
INST.  INSTRUMENT
MRHC   MAP RECORDS OF HIDALGO COUNTY
No.    NUMBER
ORHC   OFFICIAL RECORDS OF HIDALGO COUNTY
PG.    PAGE
VOL.   VOLUME

SCALE: 1" = 100'
0   100   200

METES & BOUNDS SURVEY
WATER DISTRICT No. 9
TRACT No. RGV-WSL-8000

HIDALGO COUNTY          TEXAS

MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

U.S. Army Corps of Engineers

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA81577987001

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Revisions made | 1/9/19 | |
| 2 | Boundary change | 4/1/19 | |
| 3 | Boundary change | 4/11/19 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

Schedule D
Cont.



LEGEND

| | |
|---|---|
| ●IRS | 5/8" REBAR W/ "MDS" CAP SET |
| △ | CONTROL POINT |
| ─○─ | POWER POLE |
| DRHC | DEED RECORDS OF HIDALGO COUNTY |
| INST. | INSTRUMENT |
| MRHC | MAP RECORDS OF HIDALGO COUNTY |
| No. | NUMBER |
| ORHC | OFFICIAL RECORDS OF HIDALGO COUNTY |
| PG. | PAGE |
| VOL. | VOLUME |

——————— ACQUISITION AREA BOUNDARY
—·—·—·— ADJOINING ACQUISITION LINE
— — — — EASEMENT LINE
——— P L ——— PROPERTY LINE
——— OHE ——— OVERHEAD ELECTRIC
— —— — —— TOE OF LEVEE

SCALE: 1" = 100'

0        100        200

SHEET 12
SHEET 13

SHEET 11
SHEET 12

LOT 7, BLOCK 72
CAPISALLO DISTRICT SUBDIVISION
VOL. P, PG. 227 MRHC
HIDALGO & CAMERON COUNTIES
WATER CONTROL & IMPROVEMENT
DISTRICT No. 9
CALLED 38.57 ACRES
VOL. 314, PG. 62-134 DRHC

CANAL

L6

RGV-WSL-8000
ACQUISITION AREA:
28.507 ACRES

TOE OF LEVEE

OHE

L41

MATCH LINE

HIDALGO & CAMERON COUNTIES
WATER CONTROL & IMPROVEMENT
DISTRICT No. 9
CALLED 38.57 ACRES
VOL. 314, PG. 62-134 DRHC
LOT 7, BLOCK 72
CAPISALLO DISTRICT SUBDIVISION
VOL. P, PG. 227 MRHC

MATCH LINE

MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
729B SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

|2| UNITED STATES OF AMERICA
CALLED 15.43 ACRES
LEVEE EASEMENT
VOL. 420, PG. 594 DRHC
("TRACT No. 1")

|4| UNITED STATES OF AMERICA
CALLED 44.38 ACRES
REVETMENT EASEMENT
VOL. 452, PG. 383 DRHC
("407-H")

METES & BOUNDS SURVEY
WATER DISTRICT No. 9
TRACT No. RGV-WSL-8000
HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Revisions made | 1/9/19 | |
| 2 | Boundary change | 4/1/19 | |
| 3 | Boundary change | 4/11/19 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

CONTRACT NO.:  W9127S-14-D-0013
T.O.: W45XMA815779870001

Fld.Bk. # 18RGVH-T1-M1
TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193042

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

Drawing Ref. No.
SHEET 12 OF 23

MDS PROJ. NO. 18-290-00        FILE NAME: RGV-WSL-8000        DATE: 4/11/2019

Schedule D
Cont.



LEGEND

- IRS   5/8" REBAR W/ "MDS" CAP SET
- △   CONTROL POINT
- ⊶   POWER POLE

DRHC   DEED RECORDS OF HIDALGO COUNTY
INST.   INSTRUMENT
MRHC   MAP RECORDS OF HIDALGO COUNTY
No.   NUMBER
ORHC   OFFICIAL RECORDS OF HIDALGO COUNTY
PG.   PAGE
VOL.   VOLUME

ACQUISITION AREA BOUNDARY
ADJOINING ACQUISITION LINE
EASEMENT LINE
PL   PROPERTY LINE
OHE   OVERHEAD ELECTRIC
TOE OF LEVEE

SCALE: 1" = 100'

0   100   200

[2]   UNITED STATES OF AMERICA CALLED 15.43 ACRES VOL. 420, PG. 594 DRHC ("TRACT No. 1")

[4]   UNITED STATES OF AMERICA CALLED 44.38 ACRES REVETMENT EASEMENT VOL. 452, PG. 383 DRHC ("407-H")

SHEET 13
SHEET 14

LOT 8, BLOCK 72
CAPISALLO DISTRICT SUBDIVISION
VOL. P, PG. 227 MRHC
HIDALGO & CAMERON COUNTIES
WATER CONTROL & IMPROVEMENT
DISTRICT No. 9
CALLED 23.90 ACRES
VOL. 314, PG. 62-134 DRHC

LOT 7, BLOCK 72
CAPISALLO DISTRICT SUBDIVISION
VOL. P, PG. 227 MRHC
HIDALGO & CAMERON COUNTIES
WATER CONTROL & IMPROVEMENT
DISTRICT No. 9
CALLED 38.57 ACRES
VOL. 314, PG. 62-134 DRHC

SHEET 12
SHEET 13

CANAL

L6

TOE OF LEVEE

OHE

RGV-WSL-8000
ACQUISITION AREA:
28.507 ACRES

LOT 8, BLOCK 72
CAPISALLO DISTRICT SUBDIVISION
VOL. P, PG. 227 MRHC

[4]

L41

MATCH LINE

LOT 7, BLOCK 72
CAPISALLO DISTRICT SUBDIVISION
VOL. P, PG. 227 MRHC

HIDALGO & CAMERON COUNTIES
WATER CONTROL & IMPROVEMENT
DISTRICT No. 9
CALLED 38.57 ACRES
VOL. 314, PG. 62-134 DRHC

HIDALGO & CAMERON COUNTIES
WATER CONTROL & IMPROVEMENT
DISTRICT No. 9
CALLED 23.90 ACRES
VOL. 314, PG. 62-134 DRHC

MATCH LINE



MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION NO. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

Drawing Ref. No.
SHEET 13 OF 23

METES & BOUNDS SURVEY
WATER DISTRICT No. 9
TRACT No. RGV-WSL-8000
HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Revisions made | 1/8/19 | |
| 2 | Boundary change | 4/1/19 | |
| 3 | Boundary change | 4/11/19 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA61577987000I

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942



B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

Schedule D
Cont.



MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**
**WATER DISTRICT No. 9**
**TRACT No. RGV-WSL-8000**

HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Revisions made | 1/8/19 | |
| 2 | Boundary change | 4/7/19 | |
| 3 | Boundary change | 4/11/19 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |

Fld.Bk. #: 19RGVH-T1-M1
TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

CONTRACT NO.: W9127S-14-D-0013
T.O.: VV45XMA815779870001



B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com


US Army Corps of Engineers

Drawing Ref. No.: SHEET 14 OF 23



LEGEND

● IRS  5/8" REBAR W/ "MDS" CAP SET
○ IRF  1/2" REBAR FOUND
○ CP  CALCULATED POINT
△  CONTROL POINT
◎ GM  GAS METER
←  GUY ANCHOR
▭ MB  MAILBOX
—○—  POWER POLE
—◦—  SIGN
⊞  TELEPHONE PEDESTAL

ACQUISITION AREA BOUNDARY
ADJOINING ACQUISITION LINE
CHAIN LINK FENCE
PROPERTY LINE
OHE  OVERHEAD ELECTRIC
TOE OF LEVEE
GAS  UNDERGROUND GAS LINE

DRHC  DEED RECORDS OF HIDALGO COUNTY
INST.  INSTRUMENT
MRHC  MAP RECORDS OF HIDALGO COUNTY
No.  NUMBER
ORHC  OFFICIAL RECORDS OF HIDALGO COUNTY
PG.  PAGE
VOL.  VOLUME

SCALE: 1" = 100'
0   100   200

METES & BOUNDS SURVEY
WATER DISTRICT No. 9
TRACT No. RGV-WSL-8000
HIDALGO COUNTY                    TEXAS

MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

ENGINEERING, INC
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

Schedule D
Cont.



LEGEND
● IRS   5/8" REBAR W/ "MDS" CAP SET
○ IRF   1/2" REBAR FOUND
○ CP    CALCULATED POINT
△      CONTROL POINT
←      GUY ANCHOR
–○–    POWER POLE
–□–    SIGN
▯      TELEPHONE PEDESTAL

DRHC   DEED RECORDS OF HIDALGO COUNTY
INST.  INSTRUMENT
MRHC   MAP RECORDS OF HIDALGO COUNTY
No.    NUMBER
ORHC   OFFICIAL RECORDS OF HIDALGO COUNTY
PG.    PAGE
VOL.   VOLUME

————————— ACQUISITION AREA BOUNDARY
–·–·–·–·– ADJOINING ACQUISITION LINE
–○– CHAIN LINK FENCE
— P L — PROPERTY LINE
— OHE — OVERHEAD ELECTRIC
— — — TOE OF LEVEE
— GAS — UNDERGROUND GAS LINE

SCALE: 1" = 100'
0       100      200

METES & BOUNDS SURVEY
WATER DISTRICT No. 9
TRACT No. RGV-WSL-8000
HIDALGO COUNTY                    TEXAS

MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
729B SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

Schedule D
Cont.



Schedule D
Cont.





LEGEND

● IRS 5/8" REBAR W/ "MDS" CAP SET
△ CONTROL POINT
← GUY ANCHOR
─○─ POWER POLE
─○ SIGN

━━━━━ ACQUISITION AREA BOUNDARY
─·─·─ ADJOINING ACQUISITION LINE
── PL ── PROPERTY LINE
── OHE ── OVERHEAD ELECTRIC
── ── TOE OF LEVEE

DRHC DEED RECORDS OF HIDALGO COUNTY
INST. INSTRUMENT
MRHC MAP RECORDS OF HIDALGO COUNTY
No. NUMBER
ORHC OFFICIAL RECORDS OF HIDALGO COUNTY
PG. PAGE
VOL. VOLUME

SCALE: 1" = 100'

0    100    200

UNITED STATES OF AMERICA
REMAINDER OF
CALLED 942.68 ACRES
VOL. 950, PG. 306 DRHC

LOT 13, BLOCK 36
CAPISALLO DISTRICT SUBDIVISION
VOL. P, PG. 227 MRHC

HIDALGO & CAMERON COUNTIES
WATER CONTROL & IMPROVEMENT
DISTRICT No. 9
CALLED 5.81 ACRES
VOL. 314, PG. 62-134 DRHC

CANAL

TOE OF LEVEE

TRACT No. RGV-WSL-8000-2

MERCEDES DISTRICT
SETTLING BASIN

TOE OF LEVEE

16
17

LOT 13, BLOCK 36
CAPISALLO DISTRICT SUBDIVISION
VOL. P, PG. 227 MRHC

HIDALGO & CAMERON COUNTIES
WATER CONTROL & IMPROVEMENT
DISTRICT No. 9
CALLED 6.77 ACRES
VOL. 314, PG. 62-134 DRHC

TOE OF LEVEE

NEUHAUS & SONS
INST. No. 2008-1888544 ORHC
TRACT No. RGV-WSL-8005

TRACT No. RGV-WSL-8005

NEUHAUS & SONS
CALLED 204.88 ACRES
INST. No. 2008-1885890 ORHC
("TRACT II: RIO RICO FARM")

**RGV-WSL-8000**
ACQUISITION AREA:
28.507 ACRES

TRACT No. RGV-WSL-8007

MATCH LINE

SHEET 19
SHEET 18

**MDS** LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
729B SIDNEY BAKER · KERRVILLE, TX 78028 · 830-816-1818

**METES & BOUNDS SURVEY**
**WATER DISTRICT No. 9**
**TRACT No. RGV-WSL-8000**
HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Revisions made | 1/9/19 | |
| 2 | Boundary change | 4/1/19 | |
| 3 | Boundary change | 4/11/19 | |

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA815779870001

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

**B&F**
**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-2369
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

US Army Corps of Engineers



Drawing Ref. No.
SHEET 19 OF 23

**Schedule D**
**Cont.**

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 21°34'00" E | 14.89' | SOUTHEASTERLY | N/A |
| L2 | N 68°03'41" E | 1035.11' | N/A | N/A |
| L3 | S 55°41'20" E | 535.15' | N/A | N/A |
| L4 | S 17°35'47" E | 33.19' | N/A | N/A |
| L5 | N 86°06'31" E | 164.43' | N/A | N/A |
| L6 | N 76°15'49" E | 1806.53' | N/A | N/A |
| L7 | N 68°26'30" E | 412.49' | N/A | N/A |
| L8 | N 51°53'22" E | 83.84' | N/A | N/A |
| L9 | N 74°53'08" E | 260.84' | N/A | N/A |
| L10 | N 09°34'13" W | 91.08' | N/A | N/A |
| L11 | N 35°54'11" E | 89.73' | N/A | N/A |
| L12 | N 12°56'00" W | 641.36' | N/A | N/A |
| L13 | N 77°04'00" E | 28.00' | N/A | N/A |
| L14 | S 12°56'10" E | 625.13' | LEFT 101°40'00" | N/A |
| L15 | S 14°13'51" E | 33.05' | LEFT 03°14'00" | 34.80' |
| L16 | S 09°36'49" E | 103.82' | LEFT 06°28'00" | 103.82' |
| L17 | S 03°08'49" E | 103.82' | LEFT 06°28'00" | 103.82' |
| L18 | S 03°19'11" W | 103.82' | LEFT 06°28'00" | 103.82' |
| L19 | S 09°47'11" W | 103.82' | LEFT 03°14'00" | 103.82' |
| L20 | S 13°01'11" W | 15.10' | LEFT 02°51'30" | 13.10' |
| L21 | S 15°52'41" W | 91.85' | LEFT 05°43'30" | 91.85' |
| L22 | S 21°36'11" W | 91.85' | LEFT 05°43'00" | 91.85' |
| L23 | S 27°19'11" W | 91.85' | LEFT 05°43'30" | 91.85' |
| L24 | S 33°02'41" W | 91.85' | LEFT 02°51'30" | 91.85' |
| L25 | S 35°54'11" W | 84.65' | RIGHT 03°37'30" | 84.65' |
| L26 | S 32°16'41" W | 95.04' | RIGHT 07°37'30" | 95.04' |
| L27 | S 24°39'11" W | 104.88' | RIGHT 08°00'00" | 104.88' |
| L28 | S 16°39'11" W | 104.88' | RIGHT 08°00'00" | 104.88' |
| L29 | S 08°39'11" W | 104.88' | RIGHT 08°00'00" | 104.88' |
| L30 | S 00°40'58" W | 104.86' | LEFT 88°10'00" | N/A |
| L31 | S 07°20'49" E | 104.88' | RIGHT 08°00'00" | 104.88' |
| L32 | S 15°20'49" E | 104.88' | RIGHT 04°02'00" | 104.88' |
| L33 | S 19°22'49" E | 25.02' | LEFT 90°00'00" | 25.02' |
| L34 | N 69°46'29" E | 60.92' | N/A | N/A |
| L35 | N 19°29'53" W | 25.36' | N/A | N/A |
| L36 | N 70°36'25" E | 119.28' | N/A | N/A |
| L37 | S 00°15'51" W | 74.41' | N/A | N/A |
| L38 | S 29°46'06" W | 300.08' | N/A | N/A |
| L39 | S 72°17'53" W | 512.25' | N/A | N/A |
| L40 | S 74°23'38" W | 105.68' | N/A | N/A |
| L41 | S 75°42'19" W | 1803.89' | N/A | N/A |
| L42 | S 88°53'59" W | 617.90' | N/A | N/A |
| L43 | N 08°09'57" W | 158.52' | N/A | N/A |
| L44 | N 56°12'50" W | 421.16' | N/A | N/A |
| L45 | S 68°38'03" W | 270.48' | N/A | N/A |
| L46 | N 47°41'42" W | 52.71' | N/A | N/A |
| L47 | S 68°18'46" W | 726.68' | N/A | N/A |
| L48 | N 21°34'00" W | 229.17' | SOUTHEASTERLY | N/A |
| L49 | S 28°57'57" E | 206.68' | N/A | N/A |

| CURVE | RADIUS | ARC LENGTH | CHORD LENGTH | CHORD BEARING | DELTA ANGLE |
|-------|--------|------------|--------------|---------------|-------------|
| C1 | 200.00' | 196.35' | 188.56' | S 83°48'49" E | 56°14'59" |
| C2 | 200.00' | 132.97' | 130.53' | S 36°38'33" E | 38°05'33" |
| C3 | 800.00' | 634.93' | 618.39' | N 13°09'59" E | 45°28'24" |
| C4 | 945.00' | 805.47' | 781.31' | N 11°29'06" E | 48°50'11" |



**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | | |
|---|---|---|
| Drawing Ref. No. SHEET 20 OF 23 | **METES & BOUNDS SURVEY** **WATER DISTRICT No. 9** **TRACT No. RGV-WSL-8000** | |
| | HIDALGO COUNTY          TEXAS | |

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
| 1 | Revisions made | 1/5/19 | |
| 2 | Boundary change | 4/1/19 | |
| 3 | Boundary change | 4/11/19 | |

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA81577987O001

| | BY | DATE |
|---|----|----|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942




**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00          FILE NAME: RGV-WSL-8000          DATE: 4/11/2019

Schedule b
Cont.

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16548968.349 | 1179453.124 | RGV-WSL-8000-1=8002-1 |
| 2 | 16549355.076 | 1180413.273 | RGV-WSL-8000-2 |
| 3 | 16549334.757 | 1180600.733 | RGV-WSL-8000-3 |
| 4 | 16549033.100 | 1181042.760 | RGV-WSL-8000-4 |
| 5 | 16548928.364 | 1181120.664 | RGV-WSL-8000-5 |
| 6 | 16548896.724 | 1181130.699 | RGV-WSL-8000-6 |
| 7 | 16548907.883 | 1181294.746 | RGV-WSL-8000-7 |
| 8 | 16549336.855 | 1183049.604 | RGV-WSL-8000-8 |
| 9 | 16549488.424 | 1183433.237 | RGV-WSL-8000-9 |
| 10 | 16549540.166 | 1183499.200 | RGV-WSL-8000-10 |
| 11 | 16549608.179 | 1183751.012 | RGV-WSL-8000-11 |
| 12 | 16549697.994 | 1183735.869 | RGV-WSL-8000-12 |
| 13 | 16550300.131 | 1183876.727 | RGV-WSL-8000-13 |
| 14 | 16550372.811 | 1183929.344 | RGV-WSL-8000-14 |
| 15 | 16551138.480 | 1184084.911 | RGV-WSL-8000-15 |
| 16 | 16551763.568 | 1183941.364 | RGV-WSL-8000-16 |
| 17 | 16551769.835 | 1183968.654 | RGV-WSL-8000-17=8007-23 |
| 18 | 16551160.573 | 1184108.597 | RGV-WSL-8000-18=8007-22 |
| 19 | 16551128.533 | 1184116.723 | RGV-WSL-8000-19=8007-21 |
| 20 | 16551026.171 | 1184134.061 | RGV-WSL-8000-20=8007-20 |
| 21 | 16550922.508 | 1184139.761 | RGV-WSL-8000-21=8007-19 |
| 22 | 16550818.862 | 1184133.749 | RGV-WSL-8000-22=8007-18 |
| 23 | 16550716.553 | 1184116.102 | RGV-WSL-8000-23=8007-17 |
| 24 | 16550701.841 | 1184112.700 | RGV-WSL-8000-24=8007-16 |
| 25 | 16550613.495 | 1184087.571 | RGV-WSL-8000-25=8007-15 |
| 26 | 16550528.097 | 1184053.754 | RGV-WSL-8000-26=8007-14 |
| 27 | 16550446.492 | 1184011.599 | RGV-WSL-8000-27=8007-13 |
| 28 | 16550369.499 | 1183961.514 | RGV-WSL-8000-28=8007-12 |
| 29 | 16550300.932 | 1183911.874 | RGV-WSL-8000-29=8007-11 |
| 30 | 16550220.579 | 1183861.120 | RGV-WSL-8000-30=8007-10 |
| 31 | 16550125.259 | 1183817.372 | RGV-WSL-8000-31=8007-9 |
| 32 | 16550024.777 | 1183787.316 | RGV-WSL-8000-32=8007-8 |
| 33 | 16549921.091 | 1183771.537 | RGV-WSL-8000-33=8007-7 |
| 34 | 16549816.240 | 1183770.287 | RGV-WSL-8000-34=8007-6 |
| 35 | 16549712.221 | 1183783.699 | RGV-WSL-8000-35=8007-5 |
| 36 | 16549611.081 | 1183811.457 | RGV-WSL-8000-36=8007-4 |
| 37 | 16549587.479 | 1183819.760 | RGV-WSL-8000-37=8007-3 |
| 38 | 16549608.538 | 1183876.919 | RGV-WSL-8000-38=8007-2 |
| 39 | 16549632.444 | 1183868.454 | RGV-WSL-8000-39=8003-1=8007-1 |
| 40 | 16549672.049 | 1183980.962 | RGV-WSL-8000-40=8003-9 |
| 41 | 16549597.642 | 1183980.619 | RGV-WSL-8006-41 |
| 42 | 16549337.156 | 1183831.629 | RGV-WSL-8000-42 |
| 43 | 16549181.399 | 1183343.636 | RGV-WSL-8000-43 |
| 44 | 16549152.969 | 1183241.855 | RGV-WSL-8000-44 |
| 45 | 16548707.569 | 1181493.813 | RGV-WSL-8000-45 |
| 46 | 16548695.704 | 1180876.028 | RGV-WSL-8000-46 |
| 47 | 16548852.614 | 1180853.512 | RGV-WSL-8000-47 |
| 48 | 16549086.818 | 1180503.478 | RGV-WSL-8000-48 |
| 49 | 16548988.276 | 1180251.588 | RGV-WSL-8000-49 |
| 50 | 16549023.755 | 1180212.604 | RGV-WSL-8000-50 |
| 51 | 16548755.219 | 1179537.365 | RGV-WSL-8000-51=8002-2 |



**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**
**WATER DISTRICT No. 9**
**TRACT No. RGV-WSL-8000**

HIDALGO COUNTY                    TEXAS

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Revisions made | 1/8/19 | |
| 2 | Boundary change | 4/7/19 | |
| 3 | Boundary change | 4/11/19 | |

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA815779870001

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
No. 10193942



**B & F**
**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

MDS PROJ. NO. 18-200-00        FILE NAME: RGV-WSL-8000        DATE: 4/11/2019



SCALE: 1" = 1000'

0    1000    2000

TRACT No.
RGV-WSL-8005

TRACT No.
RGV-WSL-8007

TRACT No.
RGV-WSL-8004

TRACT No.
RGV-WSL-8003

HIDALGO & CAMERON COUNTIES
WATER CONTROL & IMPROVEMENT
DISTRICT No. 9
CALLED 135.74 ACRES
VOL. 443, PG. 561 DRHC

RGV-WSL-8000
ACQUISITION AREA:
28.507 ACRES

TRACT No.
RGV-WSL-8002

GERARDO MARTINEZ
INST. No. 2014-2568072 ORHC
("TRACT FIVE")

POC
POB

OWNERSHIP TABLE

| KEY | GRANTOR | LEGAL DESCRIPTION | REMAINING AREA |
|-----|---------|-------------------|----------------|
| 1A | HCCWCID No. 9 | CALLED 14.35 ACRES VOL. 314, PG. 62-134 DRHC | 8.213 ACRES |
| 1B | HCCWCID No. 9 | CALLED 14.35 ACRES VOL. 314, PG. 62-134 DRHC | 1.856 ACRES |
| 2A | HCCWCID No. 9 | CALLED 40 ACRES VOL. 314, PG. 62-134 DRHC | 16.499 ACRES |
| 2B | HCCWCID No. 9 | CALLED 40 ACRES VOL. 314, PG. 62-134 DRHC | 14.425 ACRES |
| 3A | HCCWCID No. 9 | CALLED 38.57 ACRES VOL. 314, PG. 62-134 DRHC | 23.152 ACRES |
| 3B | HCCWCID No. 9 | CALLED 38.57 ACRES VOL. 314, PG. 62-134 DRHC | 6.947 ACRES |
| 4A | HCCWCID No. 9 | CALLED 23.90 ACRES VOL. 314, PG. 62-134 DRHC | 13.326 ACRES |
| 4B | HCCWCID No. 9 | CALLED 23.90 ACRES VOL. 314, PG. 62-134 DRHC | 2.813 ACRES |
| 5A | HCCWCID No. 9 | CALLED 0.82 ACRES VOL. 314, PG. 62-134 DRHC | 0.001 ACRES |
| 5B | HCCWCID No. 9 | CALLED 0.82 ACRES VOL. 314, PG. 62-134 DRHC | 0.032 ACRES |
| 6 | HCCWCID No. 9 | CALLED 40 ACRES VOL. 314, PG. 62-134 DRHC | 39.961 ACRES |
| 7 | HCCWCID No. 9 | CALLED 7.86 ACRES VOL. 314, PG. 62-134 DRHC | 6.865 ACRES |
| 8 | HCCWCID No. 9 | CALLED 6.77 ACRES VOL. 314, PG. 62-134 DRHC | 6.385 ACRES |
| 9 | HCCWCID No. 9 | CALLED 0.56 ACRES INST. No. 1954-437 DRHC | 0.181 ACRES |
| 10 | HCCWCID No. 9 | CALLED 5.81 ACRES VOL. 314, PG. 62-134 DRHC | 5.545 ACRES |



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

Drawing Ref. No.
SHEET 22 OF 23

**METES & BOUNDS SURVEY**
**WATER DISTRICT No. 9**
**TRACT No. RGV-WSL-8000**

**HIDALGO COUNTY**                    **TEXAS**

| Mark | Description | Date | Appr |
|------|-------------|------|------|
| 1 | Revisions made | 1/9/19 | |
| 2 | Boundary change | 4/7/19 | |
| 3 | Boundary change | 4/11/19 | |

CONTRACT NO.:  W9127S-14-D-0013
T.O.:  W45XMA81577987O001

| | BY | DATE |
|---|----|----|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193042



**B&F ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps
of Engineers

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 11/7/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.

PLAT SHOWING A 28.507 ACRE (1,241,769 SQUARE FEET) PARCEL OF LAND, BEING OUT OF THE JUAN JOSÉ YNOJOSA DE BALLÍ SURVEY, ABSTRACT NO. 54, HIDALGO COUNTY, TEXAS, BEING OUT OF LOTS 4-5, BLOCK 35, LOT 13, BLOCK 36, LOT 1, BLOCK 72 AND LOTS 5-8, BLOCK 72 OF CAPISALLO DISTRICT SUBDIVISION RECORDED IN VOLUME P, PAGE 227, MAP RECORDS OF HIDALGO COUNTY, TEXAS, BEING OUT OF A CALLED 14.35 ACRE TRACT CONVEYED TO HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 BY DEED RECORDED IN VOLUME 314, PAGE 62, DEED RECORDS OF HIDALGO COUNTY, TEXAS (LOT 5, BLOCK 72), A CALLED 40 ACRE TRACT CONVEYED TO HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 BY DEED RECORDS OF HIDALGO COUNTY, TEXAS (LOT 6, BLOCK 72), A CALLED 38.57 ACRE TRACT CONVEYED TO HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 BY DEED RECORDED IN VOLUME 314, PAGE 62, DEED RECORDS OF HIDALGO COUNTY, TEXAS (LOT 7, BLOCK 72), A CALLED 23.90 ACRE TRACT CONVEYED TO HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 BY DEED RECORDED IN VOLUME 314, PAGE 62, DEED RECORDS OF HIDALGO COUNTY, TEXAS (LOT 8, BLOCK 72), A CALLED 0.82 ACRE TRACT CONVEYED TO HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 BY DEED RECORDED IN VOLUME 314, PAGE 62, DEED RECORDS OF HIDALGO COUNTY, TEXAS (LOT 5, BLOCK 35), A CALLED 40 ACRE TRACT CONVEYED TO HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 BY DEED RECORDED IN VOLUME 314, PAGE 62, DEED RECORDS OF HIDALGO COUNTY, TEXAS (LOT 1, BLOCK 72), A CALLED 7.86 ACRE TRACT CONVEYED TO HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 BY DEED RECORDED IN VOLUME 314, PAGE 62, DEED RECORDS OF HIDALGO COUNTY, TEXAS (LOT 4, BLOCK 35), A CALLED 6.77 ACRE TRACT CONVEYED TO HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 BY DEED RECORDED IN VOLUME 314, PAGE 62, DEED RECORDS OF HIDALGO COUNTY, TEXAS (LOT 13, BLOCK 36), A CALLED 5.70 ACRE TRACT CONVEYED TO HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 BY DEED RECORDED IN VOLUME 314, PAGE 62, DEED RECORDS OF HIDALGO COUNTY, TEXAS (LOT 5, BLOCK 35) AND A CALLED 0.56 ACRE TRACT CONVEYED TO HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 BY DEED RECORDED IN INSTRUMENT NO. 1954-437, DEED RECORDS OF HIDALGO COUNTY, TEXAS (LOT 5, BLOCK 35).

DETAIL
SCALE: 1" = 60'









I, JEFF BOERNER, TEXAS REGISTERED PROFESSIONAL LAND SURVEYOR No. 4939, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PREFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF TEXAS; AS PROMULGATED BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYORS.

JEFF BOERNER            R.P.L.S. # 4939            4/11/2019
                                                   DATE



STATE OF TEXAS
REGISTERED
JEFF BOERNER
4939
PROFESSIONAL
LAND SURVEYOR

MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | | | | BY | DATE |
|---|---|---|---|---|---|
| Mark | Description | Date | Appr. | | |
| 1 | Revisions made | 1/9/19 | | Drawn | LMK | 1/19 |
| 2 | Boundary change | 4/1/19 | | Checked | LMK | 1/19 |
| 3 | Boundary change | 4/11/19 | | Surveyor | JDB | 1/19 |
| | | | | Fld.Bk. # 18RGVH-T1-M1 | |

METES & BOUNDS SURVEY
WATER DISTRICT No. 9
TRACT No. RGV-WSL-8000
HIDALGO COUNTY            TEXAS

CONTRACT No: W9127S-14-D-0013
T.O.: W45XMA815779870001

B&F ENGINEERING, INC.
TEXAS LICENSED SURVEYING FIRM
NO. 10153942

928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

Drawing Ref. No.
SHEET 23 OF 23

# SCHEDULE D-1

## MAP or PLAT

## LAND TO BE CONDEMNED



| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | N 12°50'49" W | 57.34' | LEFT 150°02'00" | N/A |
| L2 | N 77°20'06" E | 495.06' | N/A | N/A |
| L3 | S 12°52'47" E | 81.74' | N/A | N/A |
| L4 | S 77°01'41" W | 365.49' | LEFT 15°47'30" | N/A |
| L5 | S 88°49'11" W | 132.35' | LEFT 78°20'00" | 132.35' |
| L6 | N 07°39'41" E | 2287.87' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16551785.431 | 1184036.547 | RGV-WSL-8005-1=8007-24=8000-2-1 |
| 2 | 16551841.338 | 1184023.797 | RGV-WSL-8000-2-2 |
| 3 | 16551949.881 | 1184506.813 | RGV-WSL-8000-2-3 |
| 4 | 16551870.201 | 1184525.033 | RGV-WSL-8005-3=8000-2-4 |
| 5 | 16551788.157 | 1184168.869 | RGV-WSL-8005-2=8000-2-5 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 11/7/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



METES & BOUNDS SURVEY
WATER DISTRICT No. 9
TRACT No. RGV-WSL-8000-2
HIDALGO COUNTY     TEXAS






PLAT SHOWING A 0.904 OF ONE ACRE (39,370 SQUARE FEET) PARCEL OF LAND, MORE OR LESS, BEING OUT OF THE JUAN JOSÉ YNOJOSA DE BALLÍ SURVEY, ABSTRACT NO. 54, HIDALGO COUNTY, TEXAS, BEING OUT OF LOT 13, BLOCK 36 OF CAPISALLO DISTRICT SUBDIVISION RECORDED IN VOLUME P, PAGE 227, MAP RECORDS OF HIDALGO COUNTY, TEXAS AND BEING OUT OF A CALLED 5.81 ACRE TRACT CONVEYED TO HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 BY DEED RECORDED IN VOLUME 314, PAGE 62, DEED RECORDS OF HIDALGO COUNTY, TEXAS.

SCALE: 1" = 200'

0     200     400

HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT No. 9
CALLED 5.81 ACRES
VOL. 314, PG. 62–134 DRHC
[REMAINING AREA: 4.906 ACRES]

POB

RGV-WSL-8000-2
ACQUISITION AREA:
0.904 ACRES

TRACT No.
RGV-WSL-8005

TRACT No.
RGV-WSL-8000

97

HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT No. 9
CALLED 5.81 ACRES
VOL. 314, PG. 62–134 DRHC

NEUHAUS & SONS
CALLED 204.88 ACRES
INST. No. 2008–1885890 ORHC
("TRACT II: RIO RICO FARM")

TRACT No.
RGV-WSL-8005

NEUHAUS & SONS
INST. No. 2008–1888044 ORHC
("NARROW STRIP OF LAND")

CONTROL POINT 120
N=16549517.981
E=1183731.537

I, JEFF BOERNER, TEXAS REGISTERED PROFESSIONAL LAND SURVEYOR No. 4939, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PREFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF TEXAS, AS PROMULGATED BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYORS.

JEFF BOERNER          R.P.L.S. # 4939

3/30/2019
DATE

STATE OF TEXAS
REGISTERED
JEFF BOERNER
4939
PROFESSIONAL
LAND SURVEYOR

MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
729B SIDNEY BAKER • KERRVILLE, TX 78028 • 830-616-1818

| | Mark | Description | Date | Appr. | | BY | DATE |
|---|---|---|---|---|---|---|---|
| | | | | | Drawn | LMK | 3/19 |
| | | | | | Checked | LMK | 3/19 |
| | | | | | Surveyor | JDB | 3/19 |
| | | | | | Fld.Bk. # | 18RGVH-T1-M1 | |

METES & BOUNDS SURVEY
WATER DISTRICT No. 9
TRACT No. RGV-WSL-8000-2
HIDALGO COUNTY                    TEXAS

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA81577987O001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
No. 10193942

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

Drawing Ref. No.
SHEET 5 OF 5

US Army Corps of Engineers

## SCHEDULE D-2*

*Schedule D-2 will require amendment with a revised survey to reflect the exact acreage and boundaries described in Schedule C2 to avoid leaving an uneconomic remnant.

## MAP or PLAT

## LAND TO BE CONDEMNED



**Schedule D-2**
**Cont.**



LEGEND

● IRS   5/8" REBAR W/ "MDS" CAP SET
○ CP   CALCULATED POINT
△   CONTROL POINT

DRHC   DEED RECORDS OF HIDALGO COUNTY
INST.   INSTRUMENT
MRHC   MAP RECORDS OF HIDALGO COUNTY
No.   NUMBER
ORHC   OFFICIAL RECORDS OF HIDALGO COUNTY
PG.   PAGE
VOL.   VOLUME

————————   ACQUISITION AREA BOUNDARY
—— · —— · ——   ADJOINING ACQUISITION LINE
— — — — —   EASEMENT LINE
——— PL ———   PROPERTY LINE
————————   TOE OF LEVEE

1   UNITED STATES OF AMERICA CALLED 3.85 ACRES LEVEE EASEMENT VOL. 434, PG. 554 DRHC ("TRACT No. 1")

4   UNITED STATES OF AMERICA CALLED 4.54 ACRES LEVEE EASEMENT VOL. 425, PG. 16 DRHC ("TRACT No. 2")

5   UNITED STATES OF AMERICA CALLED 0.64 ACRES LEVEE EASEMENT VOL. 425, PG. 16 DRHC ("TRACT No. 3")

SCALE: 1" = 100'

0   100   200

LOT 1, BLOCK 73 CAPISALLO DISTRICT DISTRICT SUBDIVISION VOL. 9, PG. 227, MRHC HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT No. 9 (NO RECORD FOUND)

SHEET 4
SHEET 5

LOT 1
LOT 8

MERCEDES DISTRICT SETTLING BASIN

LOT 8, BLOCK 73 CAPISALLO DISTRICT DISTRICT SUBDIVISION VOL. 9, PG. 227, MRHC HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT No. 9 (NO RECORD FOUND)

RGV-WSL-8006 ACQUISITION AREA: 4.106 ACRES

L3

L5

TOE OF LEVEE

TRACT No. RGV-WSL-8001

MATCH LINE

-CULTIVATED FIELD- FULLER FARMS CALLED 9.6 ACRES INST. No. 1971-19338 ORHC ("TRACT #") LOT 8, BLOCK 73 CAPISALLO DISTRICT SUBDIVISION VOL. P, PG. 227, MRHC

HIDALGO & CAMERON COUNTIES WATER CONTROL & IMPROVEMENT DISTRICT No. 9 CALLED 11.72 ACRES VOL. 443, PG. 568 DRHC

GERARDO MARTINEZ CALLED 2 ACRES INST. No. 2014-2568012 ORHC ("TRACT THREE")

5

L4

4

TRACT No. RGV-WSL-8002

6

5

PRIVATE ROAD

-CULTIVATED FIELD-

MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER · KERRVILLE, TX 78028 · 830-816-1818

| Drawing Ref. No. SHEET 5 OF 7 | METES & BOUNDS SURVEY WATER DISTRICT No. 9 TRACT No. RGV-WSL-8006 HIDALGO COUNTY                    TEXAS |

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Revisions Made | 1/17/19 | |
| 2 | Boundary Change | 3/14/19 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 3/19 |
| Checked | LMK | 3/19 |
| Surveyor | JDB | 3/19 |
| Fld.Bk. | 18RGVH-T1-M1 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

## SCHEDULE D-3

### MAP or PLAT

### LAND TO BE CONDEMNED







MDS PROJ. NO. 18-200-00    FILE NAME: RGV-WSL-8007    DATE: 7/22/2019



| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 19°29'53" E | 25.36' | N/A | N/A |
| L2 | S 69°46'29" W | 60.92' | N/A | N/A |
| L3 | N 19°22'49" W | 25.02' | N/A | N/A |
| L4 | N 15°20'49" W | 104.88' | N/A | N/A |
| L5 | N 07°20'49" W | 104.88' | N/A | N/A |
| L6 | N 00°40'58" E | 104.86' | N/A | N/A |
| L7 | N 08°39'11" E | 104.88' | N/A | N/A |
| L8 | N 16°39'11" E | 104.88' | N/A | N/A |
| L9 | N 24°39'11" E | 104.88' | N/A | N/A |
| L10 | N 32°16'41" E | 95.04' | N/A | N/A |
| L11 | N 35°54'11" E | 84.65' | N/A | N/A |
| L12 | N 33°02'41" E | 91.85' | N/A | N/A |
| L13 | N 27°19'11" E | 91.85' | N/A | N/A |
| L14 | N 21°36'11" E | 91.85' | N/A | N/A |
| L15 | N 15°52'41" E | 91.85' | N/A | N/A |
| L16 | N 13°01'11" E | 15.10' | N/A | N/A |
| L17 | N 09°47'11" E | 103.82' | N/A | N/A |
| L18 | N 03°19'11" E | 103.82' | N/A | N/A |
| L19 | N 03°08'49" W | 103.82' | N/A | N/A |
| L20 | N 09°36'49" W | 103.82' | N/A | N/A |
| L21 | N 14°13'51" W | 33.05' | N/A | N/A |
| L22 | N 12°56'10" W | 789.10' | N/A | N/A |
| L23 | N 77°03'46" E | 69.92' | N/A | N/A |
| L24 | S 12°50'49" E | 773.82' | N/A | N/A |
| L25 | S 08°48'46" E | 138.01' | N/A | N/A |
| L26 | S 04°53'07" E | 126.82' | N/A | N/A |
| L27 | S 06°11'55" W | 55.66' | N/A | N/A |
| L28 | S 05°16'55" W | 88.62' | N/A | N/A |
| L29 | S 10°44'15" W | 101.71' | N/A | N/A |
| L30 | S 15°24'55" W | 84.40' | N/A | N/A |
| L31 | S 20°51'25" W | 103.66' | N/A | N/A |
| L32 | S 26°51'25" W | 103.66' | N/A | N/A |
| L33 | S 32°51'25" W | 103.66' | N/A | N/A |
| L34 | S 35°51'25" W | 84.65' | N/A | N/A |
| L35 | S 32°11'59" W | 86.25' | N/A | N/A |
| L36 | S 24°37'54" W | 95.06' | N/A | N/A |
| L37 | S 16°36'25" W | 95.12' | N/A | N/A |
| L38 | S 08°36'25" W | 95.12' | N/A | N/A |
| L39 | S 00°36'25" W | 95.12' | N/A | N/A |
| L40 | S 07°23'35" E | 95.12' | N/A | N/A |
| L41 | S 15°23'35" E | 95.12' | N/A | N/A |
| L42 | N 51°46'14" E | 112.31' | N/A | N/A |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 11/7/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY
UNITED STATES OF AMERICA
TRACT No. RGV·WSL-8007**

**HIDALGO COUNTY**      **TEXAS**

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
| 1 | Revision made | 1/14/19 | |
| 2 | Boundary change | 3/30/19 | |
| 3 | Owner change | 4/3/19 | |
| 4 | Boundary change | 7/22/19 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
No. 10103942



**ENGINEERING, INC.**
528 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps
of Engineers

Drawing Ref. No.
SHEET 9 OF 11

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-WSL-8007    DATE: 7/22/2019

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16549632.444 | 1183868.454 | RGV−WSL−8003−1=8007−1 |
| 2 | 16549608.538 | 1183876.919 | RGV−WSL−8003−38=8007−2 |
| 3 | 16549587.479 | 1183819.760 | RGV−WSL−8000−37=8007−3 |
| 4 | 16549611.081 | 1183811.457 | RGV−WSL−8000−36=8007−4 |
| 5 | 16549712.221 | 1183783.699 | RGV−WSL−8000−35=8007−5 |
| 6 | 16549816.240 | 1183770.287 | RGV−WSL−8000−34=8007−6 |
| 7 | 16549921.091 | 1183771.537 | RGV−WSL−8000−33=8007−7 |
| 8 | 16550024.777 | 1183787.316 | RGV−WSL−8000−32=8007−8 |
| 9 | 16550125.259 | 1183817.372 | RGV−WSL−8000−31=8007−9 |
| 10 | 16550220.579 | 1183861.120 | RGV−WSL−8000−30=8007−10 |
| 11 | 16550300.932 | 1183911.874 | RGV−WSL−8000−29=8007−11 |
| 12 | 16550369.499 | 1183961.514 | RGV−WSL−8000−28=8007−12 |
| 13 | 16550446.492 | 1184011.599 | RGV−WSL−8000−27=8007−13 |
| 14 | 16550528.097 | 1184053.754 | RGV−WSL−8000−26=8007−14 |
| 15 | 16550613.495 | 1184087.571 | RGV−WSL−8000−25=8007−15 |
| 16 | 16550701.841 | 1184112.700 | RGV−WSL−8000−24=8007−16 |
| 17 | 16550716.553 | 1184116.102 | RGV−WSL−8000−23=8007−17 |
| 18 | 16550818.862 | 1184133.749 | RGV−WSL−8000−22=8007−18 |
| 19 | 16550922.508 | 1184139.761 | RGV−WSL−8000−21=8007−19 |
| 20 | 16551026.171 | 1184134.061 | RGV−WSL−8000−20=8007−20 |
| 21 | 16551128.533 | 1184116.723 | RGV−WSL−8000−19=8007−21 |
| 22 | 16551160.573 | 1184108.597 | RGV−WSL−8000−18=8007−22 |
| 23 | 16551929.644 | 1183931.947 | RGV−WSL−8007−23 |
| 24 | 16551945.298 | 1184000.088 | RGV−WSL−8007−24 |
| 25 | 16551190.847 | 1184172.146 | RGV−WSL−8005−11=8007−25 |
| 26 | 16551054.463 | 1184193.290 | RGV−WSL−8005−10=8007−26 |
| 27 | 16550928.099 | 1184204.090 | RGV−WSL−8005−9=8007−27 |
| 28 | 16550872.761 | 1184198.080 | RGV−WSL−8004−9=8005−8=8007−28 |
| 29 | 16550784.517 | 1184189.922 | RGV−WSL−8004−8=8007−29 |
| 30 | 16550684.589 | 1184170.973 | RGV−WSL−8004−7=8007−30 |
| 31 | 16550603.226 | 1184148.538 | RGV−WSL−8004−6=8007−31 |
| 32 | 16550506.358 | 1184111.631 | RGV−WSL−8004−5=8007−32 |
| 33 | 16550413.879 | 1184064.801 | RGV−WSL−8004−4=8007−33 |
| 34 | 16550326.802 | 1184008.561 | RGV−WSL−8004−3=8007−34 |
| 35 | 16550258.195 | 1183958.976 | RGV−WSL−8004−2=8007−35 |
| 36 | 16550185.207 | 1183913.014 | RGV−WSL−8004−1=8007−36 |
| 37 | 16550098.797 | 1183873.395 | RGV−WSL−8003−6=8004−15=8007−37 |
| 38 | 16550007.645 | 1183846.209 | RGV−WSL−8003−5=8007−38 |
| 39 | 16549913.596 | 1183831.974 | RGV−WSL−8003−4=8007−39 |
| 40 | 16549818.481 | 1183830.966 | RGV−WSL−8003−3=8007−40 |
| 41 | 16549724.152 | 1183843.205 | RGV−WSL−8003−2=8007−41 |



**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER · KERRVILLE, TX 78028 · 830-816-1818

**METES & BOUNDS SURVEY**
**UNITED STATES OF AMERICA**
**TRACT No. RGV·WSL-8007**
**HIDALGO COUNTY**     **TEXAS**

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Revision made | 1/14/19 | |
| 2 | Boundary change | 1/30/19 | |
| 3 | Owner change | 4/3/19 | |
| 4 | Boundary change | 7/22/19 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10183942



**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

U.S. Army Corps
of Engineers

Drawing Ref. No.
SHEET 10 OF 11

MDS PROJ. NO. 18-200-00     FILE NAME: RGV-WSL-8007     DATE: 7/22/2019



PLAT SHOWING A 3.608 ACRE (157,156 SQUARE FEET) PARCEL OF LAND, MORE OR LESS, BEING OUT OF THE JUAN JOSE YNOJOSA DE BALLI SURVEY, ABSTRACT NO. 54, HIDALGO COUNTY, TEXAS, BEING OUT OF LOTS 4 & 5, BLOCK 35 AND LOT 13, BLOCK 36 OF CAPISALLO DISTRICT SUBDIVISION RECORDED IN VOLUME P, PAGE 227, MAP RECORDS OF HIDALGO COUNTY, TEXAS AND BEING OUT OF THE REMAINDER OF A CALLED 942.68 ACRE TRACT CONVEYED TO THE UNITED STATES OF AMERICA BY DEED RECORDED IN VOLUME 950, PAGE 306, DEED RECORDS OF HIDALGO COUNTY, TEXAS.

I, JEFF BOERNER, TEXAS REGISTERED PROFESSIONAL LAND SURVEYOR No. 4939, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PREFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF TEXAS, AS PROMULGATED BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYORS.

JEFF BOERNER     R.P.L.S. # 4939          7/22/2019     DATE

**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
729B SIDNEY BAKER · KERRVILLE, TX 78028 · 830-816-1818

Owner & Deed reference revised 10-11-19
by Joseph Scolari PLS, PSM (NJ & FL)
Under Federal Authority (USACE)

SCOLARI.JOSE PH.V.III.122886 3927
Digitally signed by SCOLARI.JOSEPH.V.III.122 8863927
Date: 2019.10.11 09:38:12 -05'00'

**METES & BOUNDS SURVEY**
**UNITED STATES OF AMERICA**
**TRACT No. RGV·WSL·8007**
**HIDALGO COUNTY                    TEXAS**

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
| 1 | Revision made | 1/14/19 | |
| 2 | Boundary change | 3/30/19 | |
| 3 | Owner change | 4/3/19 | |
| 4 | Boundary change | 7/22/19 | |

| | BY | DATE |
|------|------|------|
| Drawn | LMK | 1/19 |
| Checked | LMK | 1/19 |
| Surveyor | JDB | 1/19 |
| Fld.Bk. # | 18RGVH-T1-M1 | |

CONTRACT NO.: W912TS-14-D-0013
T.o.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
BhF ENGINEERING, INC.
NO. 10193942

**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

Drawing Ref. No. SHEET 11 OF 11

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00          FILE NAME: RGV-WSL-8007          DATE: 7/22/2019

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Hidalgo County, Texas

Tract(s):  RGV-WSL-8000
           RGV-WSL-8000-2
           RGV-WSL-8006
           RGV-WSL-8007

Owner:  Hidalgo and Cameron Counties Water Control and Improvement District No. 9

Acres:  37.158

      The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

      Reserving to the owners of the lands identified in the Quitclaim Deed, Volume 697, Page 180, Deed Records of Cameron County, Texas; Deed, Volume 314, Page 62 (Block 36, Lot 13; Block 35, Lots 4 & 5; Block 72, Lots 1 & 5-8), Deed Records of Hidalgo County, Texas; Map, Volume P, Page 227 (Lot 1, Block 73 and Lot 8, Block 73) and Volume 7, Page 14 (Lot 6), Map Records of Hidalgo County, Texas; Warranty Deed, Volume 444, Page 609, Deed Records Hidalgo County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E
### Cont



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is THREE HUNDRED-FOURTEEN THOUSAND, FIVE DOLLARS AND 00/100 ($314,005.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Hidalgo and Cameron Counties Water Control and Improvement District No. 9**<br><br>Mercedes, TX | **Tract RVG-WSL-8000**<br>Quitclaim Deed, Document 01449, Book OR, Volume 697, Page 180, recorded January 19, 1989, Deed Records of Cameron County.<br><br>**Tract RGV-WSL-8000-2**<br>Warranty Deed, Volume 314, Page 62, Recorded December 31, 1929, Deed Records of Hidalgo County.<br><br>**Tract RGV-WSL-8006**<br>Volume P, Page 227, and Volume 7, Page 14, Map Records of Hidalgo County, Texas and Deed recorded in Volume 444, Page 609, Deed Records of Hidalgo County, Texas.<br><br>**Tract RGV-WSL-8007**<br>Quitclaim Deed, Document 01449, Book OR, Volume 697, Page 180, recorded January 19, 1989, Deed Records of Cameron County. |

| **Hidalgo County**<br>Pablo (Paul) Villarreal Jr.<br>Tax Assessor-Collector<br>▆▆▆▆▆▆▆▆▆▆▆▆<br>Edinburg, TX ▆▆▆▆ | |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**DEFENDANTS**

37.158 Acres of Land, More or Less, Situate in Hidalgo County, State of Texas; and Hidalgo and Cameron Counties Water Control and Improvement District No. 9, et al.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant        Hidalgo
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Baltazar Salazar, United States Attorney's Office, SDTX, 600 E. Harrison St., Suite 201, Brownsville, TX 78520

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee taking to construct border fence infrustructure.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____        DOCKET NUMBER _____

DATE
01/27/2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____