United States District Court
Southern District of Texas
**ENTERED**
February 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-25 |
| § | |
| HIDALGO AND CAMERON COUNTIES § | |
| WATER CONTROL AND § | |
| IMPROVEMENT DISTRICT NO. 9, *et al*, § | |
| § | |
| Defendants. § | |

## NOTICE OF ADVANCING OF INITIAL PRETRIAL CONFERENCE

The Initial Pretrial Conference (previously set for April 8, 2020) is hereby reset for March 4, 2020, at 9:00 a.m. before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

Counsel for Plaintiff is required to serve a copy of the Order for Conference and Disclosure of Interested Parties previously entered in this case together with a copy of this Order upon Defendant or Defendant's counsel.

SO ORDERED this 5th day of February, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge