UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:20-CV-00025 |
| HIDALGO AND CAMERON COUNTIES WATER CONTROL AND IMPROVEMENT DISTRICT NO. 9, *et al.*, | § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISBURSE CONDEMNATION PROCEEDS

Upon consideration of Defendant, Hidalgo and Cameron Counties Water Control and Improvement District No. 9's Unopposed Motion to Disburse Condemnation Proceeds (Dkt. No. 43) which is unopposed by the Government, the Court hereby **ORDERS** that the Motion is **GRANTED** as follows:

The Clerk of this Court shall promptly pay the sum of $314,005.00 out of the registry of the court funds deposited in this case, plus accrued interest, if any, less the administrative fee due which is hereby assessed against Defendant, Hidalgo and Cameron Counties Water Control and Improvement District No. 9, if any, with the check made payable to Hidalgo and Cameron Counties Water Control and Improvement District No. 9, to be mailed to Jones, Galligan, Key and Lozano at 2300 W. Pike Blvd., Suite 300, Weslaco, Texas 78596. *See* 40 U.S.C. § 3114(c)(2) ("On application of the parties in interest, the court may order that any part of the money deposited in the court be paid immediately for or on account of the compensation to be awarded in the proceeding.")

This Order shall not prejudice or impair Defendant, Hidalgo and Cameron Counties Water Control and Improvement District No. 9's ability to continue to litigate the ultimate issue of just compensation owed in connection with the Plaintiff's taking of the property.

Defendant, Hidalgo and Cameron Counties Water Control and Improvement District No. 9 shall be liable for any valid claims by other interested parties if it is ultimately determined that Defendant Hidalgo and Cameron Counties Water Control and Improvement District No. 9 is entitled to less than the amount disbursed to them and shall return the difference to the Court with interest.

SO ORDERED May 19, 2022, at McAllen, Texas.

_____
Randy Crane
United States District Judge

