United States District Court
Southern District of Texas
**ENTERED**
October 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § VS. § HIDALGO AND CAMERON COUNTIES § WATER CONTROL AND IMPROVEMENT § DISTRICT NO. 9, *et al.*, § § Defendants. § | CIVIL ACTION NO. 7:20-CV-025 |

## ORDER SETTING VIDEO STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for video status conference via Zoom on November 15, 2024, at 9:30 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED October 1, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge