Case 7:20-cv-00025   Document 65   Filed on 10/11/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| VS. § § | CIVIL ACTION NO. 7:20-CV-025 |
| HIDALGO AND CAMERON COUNTIES § WATER CONTROL AND IMPROVEMENT § DISTRICT NO. 9, *et al.*, § § Defendants. § | |

### ORDER RESETTING *SUA SPONTE* STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter (previously set for October 16, 2025) is hereby reset *sua sponte* for status conference on November 13, 2025, at 9:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED October 11, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge