United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-025 |
| | § | |
| HIDALGO AND CAMERON COUNTIES | § | |
| WATER CONTROL AND IMPROVEMENT | § | |
| DISTRICT NO. 9, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for status conference on July 16, 2026, at 10:00 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all Counsel of record.

SO ORDERED May 27, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge

1 / 1